**Law Office of Timothy M. Collier, PLLC**
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
Phone (480) 248-0657 Fax (480) 718-8759
Timothy M. Collier, Bar No. 30431
William A. Weber, Bar No. 034718
E-mail Address: timothy.collier@tmcollierlaw.com
E-mail Address: william.weber@tmcollierlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Rozich, a single individual, | ) |
| | ) |
| Plaintiff, | ) No. 2:23-cv-00210-PHX-DWL |
| v. | ) |
| | ) **NOTICE OF BANKRUPTCY FILING** |
| MTC Financial Incorporated; and First Citizens Bank & Trust Company, Loan Care, LLC, a foreign limited liability company, | ) |
| | ) |
| Defendants. | ) |

COMES NOW, Plaintiff, Robert Rozich ("Plaintiff") hereby gives notice to this Court that he has filed a bankruptcy petition in the United States Bankruptcy Court, for the District of Arizona, thereby invoking the provisions of the Automatic Stay under § 362 of the Bankruptcy Code, 11 U.S.C. § 362.

Debtor's name:         Robert Rozich

Bankruptcy Case No.:   2:24-bk-03413-PS

Date of Filing Petition:  May 1, 2024

The Debtor's Chapter 11 case has been assigned to the Honorable Paul Sala of the Bankruptcy Court.

**Please take further notice**, in accordance with the Automatic Stay imposed by § 362 of

the Bankruptcy Code, from and after the Petition Date, no cause of action arising prior to the Petition Date, or relating to the period prior to the Petition Date, may be commenced or prosecuted against the debtor outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the Automatic Stay.

Based on the forgoing, Plaintiff requests this Court stay this matter.

RESPECTFULLY SUBMITTED on this <u>2nd</u> day of May, 2024.

By <u>/s/ Timothy M. Collier</u>
TIMOTHY M. COLLIER
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on May 2, 2024, the foregoing **NOTICE OF BANKRUPTCY FILING** was filed with the United States District Court, for the District of Arizona, using the CM/ECM system, which will send notification of such filing to counsel of record via electronic mail as follows:

Nathan F. Smith
MALCOLM CISNEROS
2112 Business Center Drive
Phoenix, AZ 85048
*Attorneys for Defendant First Citizens*

*s/ Tremain Davis*
Tremain Davis

*s/ Tremain Davis*
Tremain Davis